# EXHIBIT A

6/28/22, 10:38 AM  The J. M. Smucker Co. Issues Voluntary Recall of Select Jif® Products Sold in the U.S. for Potential Salmonella Contamination | …

Case: 5:22-cv-01547-JRA Doc #: 1-1 Filed: 06/29/22 2 of 8. PageID #: 22

**COMPANY ANNOUNCEMENT**

# The J. M. Smucker Co. Issues Voluntary Recall of Select Jif® Products Sold in the U.S. for Potential Salmonella Contamination

> When a company announces a recall, market withdrawal, or safety alert, the FDA posts the company's announcement as a public service. FDA does not endorse either the product or the company.
>
> Read Announcement    View Product Photos

## Summary

**Company Announcement Date:**

May 20, 2022

**FDA Publish Date:**

May 20, 2022

**Product Type:**

Food & Beverages

**Reason for Announcement:**

Potential Salmonella Contamination

**Company Name:**

The J. M. Smucker Co.

**Brand Name:**

Jif®

**Product Description:**

Select Jif® Peanut Butter products

## Company Announcement

> The company has issued a correction to the previous announcement.

Top ()

6/28/22, 10:38 AM  The J. M. Smucker Co. Issues Voluntary Recall of Select Jif® Products Sold in the U.S. for Potential Salmonella Contamination | …

The J. M. Smucker Co. is recalling select Jif® peanut butter products sold in the U.S. due to potential *Salmonella* contamination. *Salmonella* is an organism which can cause serious and sometimes fatal infections in young children, frail or elderly people, and others with weakened immune systems. Healthy persons infected with *Salmonella* often experience fever, diarrhea (which may be bloody), nausea, vomiting and abdominal pain. In rare circumstances, infection with *Salmonella* can result in the organism getting into the bloodstream and producing more severe illnesses such as arterial infections (i.e., infected aneurysms), endocarditis and arthritis.

The recalled peanut butter was distributed nationwide in retail stores and other outlets. Recalled products include the products below with lot codes 1274425 – 2140425. Lot codes are included alongside best-if-used-by date.

| Description | UPC |
| --- | --- |
| JIF 16 OUNCE CREAMY PEANUT BUTTER | 5150025516 |
| JIF 16 OUNCE CRUNCHY PEANUT BUTTER | 5150025537 |
| JIF 96 OUNCE CREAMY PEANUT BUTTER TWIN PACK | 5150024705 |
| JIF 96 OUNCE CRUNCHY PEANUT BUTTER TWIN PACK | 5150024706 |
| JIF 40 OUNCE NATURAL CRUNCHY PEANUT BUTTER | 5150007565 |
| JIF 12 OUNCE CRUNCHY PEANUT BUTTER INTERNATIONAL | 5150008026 |
| JIF 3/4 OUNCE PEANUT BUTTER PLASTIC CASE | 5150008051 |
| JIF .64 OUNCE NATURAL PEANUT BUTTER PLASTIC CASE | 5150008058 |
| JIF 96 COUNT NATURAL PEANUT BUTTER TO GO CASE | 5150021889 |
| JIF 36 COUNT CREAMY JIF PEANUT TO GO CASE | 5150024114 |
| JIF 8 COUNT CRUNCHY PEANUT BUTTER TO GO | 5150024130 |
| JIF 8 COUNT CREAMY PBTR TO GO | 5150024136 |
| JIF 4.5 OUNCE CREAMY PEANUT BUTTER TO GO | 5150024137 |
| JIF 54 OUNCE CREAMY PEANUT BUTTER TO GO 36 PACK | 5150024143 |
| JIF 28 OUNCE CRUNCHY PEANUT BUTTER | 5150024163 |
| JIF 96 COUNT CREAMY PEANUT BUTTER TO GO | 5150024170 |
| JIF 54 OUNCE NATURAL CREAMY PEANUT BUTTER TO GO 36 PACK | 5150024174 |
| JIF 28 OUNCE CREAMY PEANUT BUTTER | 5150024177 |

6/28/22, 10:38 AM  J. M. Smucker Co. Issues Voluntary Recall of Select Jif® Products Sold in the U.S. for Potential Salmonella Contamination | …

Case: 5:22-cv-01547-JRA Doc #: 1-1 Filed: 06/29/22 4 of 8. PageID #: 24

| | |
|---|---|
| JIF 40 OUNCE NATURAL HONEY | 5150024182 |
| JIF 12 OUNCE CREAMY PEANUT BUTTER | 5150024191 |
| JIF 12 OUNCE NATURAL CREAMY PEANUT BUTTER TO GO | 5150024307 |
| JIF 40 OUNCE NATURAL CREAMY PEANUT BUTTER | 5150024321 |
| JIF 28 OUNCE NATURAL CREAMY PEANUT BUTTER | 5150024322 |
| JIF 4 POUND CAN CREAMY PEANUT BUTTER | 5150024331 |
| JIF 96 OUNCE NATURAL CREAMY TWINPACK | 5150024404 |
| JIF 15.5 OUNCE NO ADDED SUGAR PEANUT BUTTER | 5150024540 |
| JIF 13 OUNCE SQUEEZABLE POUCH | 5150024545 |
| JIF 33.5 OUNCE NO ADDED SUGAR PEANUT BUTTER | 5150024548 |
| JIF 13 OUNCE NATURAL SQUEEZE POUCH | 5150024572 |
| JIF 80 OUNCE CREAMY PEANUT BUTTER TWIN PACK | 5150024769 |
| JIF 80 OUNCE CRUNCHY PEANUT BUTTER TWIN PACK | 5150024776 |
| JIF 40 OUNCE REDUCED FAT CREAMY PEANUT BUTTER | 5150025499 |
| JIF 16 OZ REDUCED FAT CREAMY PEANUT BUTTER | 5150025518 |
| JIF 16 OUNCE CREAMY OMEGA 3 PEANUT BUTTER | 5150025530 |
| JIF 80 OUNCE NATURAL CREAMY PEANUT BUTTER TWIN PACK | 5150025542 |
| JIF 16 OUNCE NATURAL CREAMY PEANUT BUTTER | 5150025565 |
| JIF 16 OUNCE NATURAL CRUNCHY PEANUT BUTTER | 5150025574 |
| JIF 16 OUNCE NATURAL CREAMY PEANUT BUTTER HONEY | 5150025578 |
| JIF 40 OUNCE CREAMY PEANUT BUTTER | 5150072001 |
| JIF 40 OUNCE CRUNCHY PEANUT BUTTER | 5150072002 |
| JIF 46.5 OUNCE NO ADDED SUGAR PEANUT BUTTER | 5150041418 |
| JIF 1.1 OUNCE PORTION CONTROL PEANUT BUTTER 120 COUNT | 5150092100 |
| JIF 48 OUNCE CREAMY PEANUT BUTTER | 5150024094 |
| JIF 48 OUNCE CRUNCHY PEANUT BUTTER | 5150024095 |

Top ()

| JIF 1.5 oz CREAMY PEANUT BUTTER TO GO | 5150024141 |
|---|---|
| JIF 48 OUNCE NATURAL CREAMY | 5150024402 |
| JIF 40 OUNCE CREAMY PEANUT BUTTER | 5150024090 |
| JIF 40 OUNCE CRUNCHY PEANUT BUTTER | 5150024091 |
| JIF 40 OUNCE NATURAL CREAMY PEANUT BUTTER | 5150025524 |

If consumers have products matching the above description in their possession, they should dispose of it immediately.

Consumers who have questions or would like to report adverse reactions should visit www.jif.com/contact-us (http://www.jif.com/contact-us) ⧉ (http://www.fda.gov/about-fda/website-policies/website-disclaimer) or call 800-828-9980 Monday through Friday, 8 AM to 5 PM ET.

This recall is being conducted in cooperation with the U.S. Food and Drug Administration.

Based on the information known to date, we are unable to estimate the financial impact of the recall either on our fiscal year ended April 30, 2022, or on our current fiscal year 2023. We will provide additional information as soon as possible.

**Cautionary Statement Regarding Forward-Looking Statements**

This press release contains forward-looking statements that are subject to known and unknown risks and uncertainties that could cause actual results to differ materially from any future results, performance, or achievements expressed or implied by those forward-looking statements. Readers should understand that the risks, uncertainties, factors, and assumptions listed and discussed in this press release, including the following important factors and assumptions, could affect the future results of the Company and could cause actual results to differ materially from those expressed in the forward-looking statements:

- the impact of food security concerns involving either our products or our competitors' products, including product recalls;
- the impact of the COVID-19 pandemic on our business, industry, suppliers, customers, consumers, employees, and communities;
- disruptions or inefficiencies in our operations or supply chain, including any impact caused by product recalls, political instability, terrorism, armed hostilities (including the recent outbreak of hostilities between Russia and Ukraine), extreme weather conditions, natural disasters, pandemics (including the COVID-19 pandemic), or other calamities; ⌃

Top ()

6/28/22, 10:38 AM  The J.M. Smucker Co. Issues Voluntary Recall of Select Jif® Products Sold in the U.S. for Potential Salmonella Contamination | …

Case: 5:22-cv-01547-JRA Doc #: 1-1 Filed: 08/29/22 6 of 8. PageID #: 26

- risks related to the availability of, and cost inflation in, supply chain inputs, including labor, raw materials, commodities, packaging, and transportation;

- risks associated with derivative and purchasing strategies we employ to manage commodity pricing and interest rate risks;

- our ability to generate sufficient cash flow to continue operating under our capital deployment model, including capital expenditures, debt repayment, dividend payments, and share repurchases;

- our ability to implement and realize the full benefit of price changes, and the impact of the timing of the price changes to profits and cash flow in a particular period;

- general competitive activity in the market, including competitors' pricing practices and promotional spending levels;

- the concentration of certain of our businesses with key customers and suppliers, including single-source suppliers of certain key raw materials and finished goods, and our ability to manage and maintain key relationships;

- impairments in the carrying value of goodwill, other intangible assets, or other long-lived assets or changes in the useful lives of other intangible assets or other long-lived assets; and

- risks related to other factors described under "Risk Factors" in other reports and statements we have filed with the Securities and Exchange Commission.

Readers are cautioned not to unduly rely on such forward-looking statements, which speak only as of the date made, when evaluating the information contained in this press release. The Company undertakes no obligation to update or revise these forward-looking statements, which speak only as of the date made, to reflect new events or circumstances.

Outbreak Investigation of *Salmonella*: Peanut Butter (May 2022) | FDA (/food/outbreaks-foodborne-illness/outbreak-investigation-salmonella-peanut-butter-may-2022)

## Company Contact Information

**Consumers:**

The J. M. Smucker Co.

📞 800-828-9980

**Media:**

📞 330-684-3892

✉ media.inquiry@jmsmucker.com (mailto:media.inquiry@jmsmucker.com)

Top ()

## Product Photos



Top ()



 More Recalls, Market
Withdrawals, &
Safety Alerts (/safety/recalls-market-withdrawals-safety-alerts)

Top ()